# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Jose Carlos Barrera Barrera,

          Petitioner,

v.

Eric Rokosky, et al.,

          Respondents.

No. CV-26-02209-PHX-KML (DMF)

**ORDER**

Petitioner challenged his present immigration detention and stated he was released on bond in 2016, redetained without due process, and is subjected to unlawful detention without a bond hearing. (Doc. 1.)  The court directed respondents to show cause why the petition should not be granted. (Doc. 3.)  Respondents' response stated

Respondents do not oppose the release of the Petitioner.

(Doc. 7.)  The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his due process claim.

**IT IS THEREFORE ORDERED** petitioner's petition for writ of habeas corpus (Doc. 1) is **granted** as to his due process claim.  The remainder of the petition is denied as moot.

**IT IS FURTHER ORDERED** respondents must immediately release petitioner from custody.

**IT IS FURTHER ORDERED** respondents must provide a notice of compliance within two business days of petitioner's release.

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the clerk of court shall enter judgment in petitioner's favor and close this case.

Dated this 9th day of April, 2026.

_Krissa M. Lanham_

**Honorable Krissa M. Lanham**
**United States District Judge**

- 2 -